June 28, 2023

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

      Appellant

-----------------------------

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

      Defendant

_____

AMENDED CAPTION NOTICE
_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Emily Borneisen, Deputy Clerk
804-916-2704