# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 5, 2023

_____

RESPONSE REQUESTED

_____

No.   23-5,        In re: Elizabeth Peiffer
                   4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:    United States of America

RESPONSE DUE: 07/10/2023

Response is required to the motion for stay pending appeal and for expedited review on or before 07/10/2023.

Emily Borneisen, Deputy Clerk
804-916-2704