# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

In re: ELIZABETH JANE PEIFFER,    )
                                 )
         *Appellant*,             )
                                 )
—————                    )          No. 23-5
                                 )
UNITED STATES OF AMERICA,    )
                                 )
        *Plaintiff-Appellee,*     )
                                 )
          v.                 )
                                 )
DAVID ANTHONY RUNYON,     )
                                 )
        *Defendant.*         )

## Unopposed Motion by the United States for an Extension
## For Filing its Response to Motion to Stay

The United States respectfully requests an extension from July 10, 2023, to July 17, 2023, in which to file its response to the motion for stay in this matter. Appellant Elizabeth Jane Peiffer does not oppose the United States' requested extension until July 17.

Peiffer filed her stay motion on Friday, June 30, 2023, at 5:57 p.m., Doc. 8, and at that time, one of the two attorneys for the United States assigned to this matter was already out of the office until July 10, 2023. The other attorney, who has litigated this case since David Runyon's was indicted, is preparing for a jury trial that is scheduled to commence on July 10, 2023, and is expected to last approximately

three days.  *See United States v. O'Ryan Darrell Jones*, (Criminal Action No. 4:23cr9).  Because of those conflicts, the United States will be unable to respond to Peiffer's motion by July 10, the date that this Court ordered a response.  The United States therefore requests an extension for its response until July 17, 2023.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  /s/

Brian J. Samuels
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Email: brian.samuels@usdoj.gov

## Certificate of Service

I certify that on July 5, 2023, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notice of filing to all counsel of record.

By: /s/
     Brian J. Samuels
     Assistant United States Attorney
     Fountain Plaza Three, Suite 300
     721 Lakefront Commons
     Newport News, Virginia 23606
     Telephone: (757) 591-4000
     Facsimile: (757) 591-0866
     Email: brian.samuels@usdoj.gov