UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

     Appellant

------------------------------

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

     Defendant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a

response to appellant's motion for stay pending appeal and for expedited review to

July 17, 2023.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk