

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

Catherine E. Stetson
Partner
D  +1 202 637 5491
cate.stetson@hoganlovells.com

July 18, 2023

**By CM/ECF**

Patricia S. Connor
Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

> **Re:**  *In re: Elizabeth Jane Peiffer*, Docket No. 23-5 —
> Request to Court Not To Act On Motion Until Reply Is Filed

Dear Ms. Connor:

I am counsel for Appellant, Elizabeth Jane Peiffer, in the above-captioned case.  I submit this letter pursuant to Local Rule 27(d)(2) to request the Court not act on the motion for stay pending appeal and for expedited review until I file the reply, due on July 24, 2023.

Many thanks, as always, for your kind assistance.

Sincerely,

/s/ Catherine E. Stetson
Catherine E. Stetson


cc: All counsel of record (by CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com