UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

        Appellant

------------------------------

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

        Defendant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number VII under seal.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk