# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## AMENDED BRIEFING ORDER

_____

No.   23-5,          <u>In re: Elizabeth Peiffer</u>
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

Briefing shall proceed on the following schedule:

BRIEF [Response] due: 08/21/2023

BRIEF [Reply] (if any) due: 09/01/2023.

The following rules apply under this schedule:

- Counsel must file the electronic version and four identical paper copies of briefs and appendices.
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** (available as a link from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- Motions for extension of time should be filed only upon a showing of good cause. Local Rule 31(c).
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

/s/ PATRICIA S. CONNOR, CLERK
By: Anisha Walker, Deputy Clerk