July 25, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-5,                 In re: Elizabeth Peiffer
                            4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS


TO:    Elizabeth Jane Peiffer

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 26, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

Improper color cover, cover should be white
Cover does not contain:
✔ Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)
   Heading:  United States Court of Appeals for the Fourth Circuit
   Title of Case (parties' names)
   Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of . . .
   Title of Document:  Joint Appendix
   Names, Addresses, Phone Numbers of Counsel <u>on both sides of case</u>

Emily Borneisen, Deputy Clerk
804-916-2704