July 28, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-5,          In re: Elizabeth Peiffer
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   James Michael McCauley
      James E. Moliterno

CERTIFICATE/SERVICE LIST DUE:  July 28, 2023

Please file the certificate/service information identified below by the due date indicated.

---

[X] There was no certificate of compliance with type-volume limitations. Use the **certificate of compliance with type-volume limitations** entry to file the required certificate.

Emily Borneisen, Deputy Clerk
804-916-2704