# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 28, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   23-5,          In re: Elizabeth Peiffer
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   James Michael McCauley
      James E. Moliterno

REQUESTED FORM(S) DUE:  July 31, 2023

The form(s) identified below must be filed in the clerk's office electronically by the
due date shown. The forms are available for completion as links from this notice
and at the court's Web site.

---

[X] Appearance of counsel [eFiler status required]

Emily Borneisen, Deputy Clerk
804-916-2704