UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

     Appellant

------------------------------

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

     Defendant

------------------------------

JAMES M. MCCAULEY, Esq.; PROFESSOR JAMES E. MOLITERNO

     Amici Supporting Appellant

_____

O R D E R

_____

James M. McCauley and James E. Moliterno have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk