# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 22, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-5,          In re: Elizabeth Peiffer
4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:       United States of America

BRIEF OR JOINT APPENDIX CORRECTION DUE:  August 28, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

| **BRIEF FORMAT INSUFFICIENT BECAUSE (FRAP 32):** |
|---|
| Improper cover color, cover should be_____<br>Cover does not contain:<br>　Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)<br>　Heading:  United States Court of Appeals for the Fourth Circuit<br>　Title of Case (parties' names)<br>　Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of ...<br>　Title of Brief, identifying party for whom brief filed:  Brief of Appellant Joe Doe<br>　Names, Addresses, Phone Numbers of Counsel participating in preparation of brief |
| Binding not secure down left side of document |
| Illegible copying |
| Needs 1" Margin on All Sides |
| ✔ Brief references lower court/administrative record rather than appendix or does not reference appendix at all.  All citations in parties' briefs must be to appendix |
| Font size too small  *(FRAP 32(a)(5))* |
| Text is not double spaced |
| Length exceeds that allowed by *FRAP 32(a)(7)* |
| Brief is double sided |

Emily Borneisen, Deputy Clerk
804-916-2704