IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| In re: ELIZABETH JANE PEIFFER, | ) | |
| | ) | |
| *Appellant*, | ) | |
| | ) | |
| _____ | ) | No. 23-5 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff-Appellee,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ANTHONY RUNYON, | ) | |
| | ) | |
| *Defendant.* | ) | |

**Unopposed Motion by the United States to File Supplemental Appendix**

The United States respectfully requests leave to file a supplemental appendix that contains docket entries from the district court docket. The materials in the supplemental appendix were cited in the United States' response brief and response to the emergency stay. Appellant does not oppose the United States' motion for leave to file the supplemental appendix.

.

1

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  /s/ _____
Richard D. Cooke
Assistant United States Attorney
919 East Main Street Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5471
Email: richard.cooke@usdoj.gov

Brian J. Samuels
Lisa McKeel
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Telephone: (757) 591-4000
Facsimile: (757) 591-0866
Email: brian.samuels@usdoj.gov

**Certificate of Compliance**

I certify that I wrote this motion using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words (and is specifically 5,199 words) as counted by Microsoft Word, excluding the items identified in Federal Rule of Appellate Procedure 27(f).

By: /s/_____
Richard D. Cooke
Assistant United States Attorney
919 East Main Street Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5471
Email: richard.cooke@usdoj.gov