UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

———————————

In re: ELIZABETH JANE PEIFFER

       Appellant

------------------------------

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

       Defendant

------------------------------

JAMES M. MCCAULEY, Esq.; PROFESSOR JAMES E. MOLITERNO

       Amici Supporting Appellant

———————————

O R D E R

———————————

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk