# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 1, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-5,  In re: Elizabeth Peiffer
          4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:   Elizabeth Jane Peiffer

FILING CORRECTION DUE: 09/06/2023

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using BRIEF entry and selecting REPLY from the dropdown menu.

Rachel Phillips, Deputy Clerk
804-916-2702