# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 7, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-5,          In re: Elizabeth Peiffer
                    4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

TO:     United States of America

SUPPLEMENTAL JOINT APPENDIX CORRECTION DUE:  September 8, 2023

Please make the correction identified below.

[X] Improper color cover for supplemental appendix. Cover should be white. Please send four paper copies of the supplemental appendix with a white cover.

Emily Borneisen, Deputy Clerk
804-916-2704