**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

September 13, 2023

_____

TENTATIVE CALENDAR ORDER

_____

No.   23-5,          In re: Elizabeth Peiffer
                     4:08-cr-00016-RBS-DEM-3, 4:15-cv-00108-RBS

This case is tentatively calendared for in-person oral argument during the

12/5/2023 - 12/8/2023, oral argument session in Richmond, Virginia.

Any motions that would affect the scheduling of argument, including

motions to submit on the briefs, must be filed by 09/20/2023,  or counsel must

show that relief could not have been requested by that date. Motions must state

whether opposing counsel consents to the requested relief.

Any conflicts that would affect the scheduling of argument and any

additional cases counsel is tentatively scheduled to argue during this session must

be identified by filing a Notice Regarding Conflict with Proposed Argument Dates

(form available at www.ca4.uscourts.gov/court-form-fees) by 09/20/2023. The

form should not be filed if counsel is available throughout the session and is

arguing this case only.

No additional paper copies of briefs and appendices are required from counsel.    The paper copy requirement applies to any briefs and appendices filed by counsel but not to pro se briefs. Paper copies must be identical as to cover, binding, page numbering, and formatting must match the electronic copy, and must comply with the **Fourth Circuit Brief and Appendix Requirements**. No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

Counsel will be notified either that the case has been scheduled for a date certain during the session or continued to the next available session. The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714. For questions regarding required copies of briefs and appendices, please call 804-916-2700.

/s/ NWAMAKA ANOWI, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk