UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

———————————

In re: ELIZABETH JANE PEIFFER

      Appellant

------------------------------

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

      Defendant

------------------------------

JAMES M. MCCAULEY, Esq.; PROFESSOR JAMES E. MOLITERNO

      Amici Supporting Appellant

———————————

O R D E R

———————————

Upon consideration of submissions relative to appellant's motion to submit

on briefs, and review of the facts and legal arguments presented in the briefs and record, the court finds that the decisional process would not be significantly aided by oral argument. Accordingly, the motion is granted, and this case is submitted for decision on the briefs pursuant to Fed. R. App. P. 34(a)(2).

For the Court

/s/ Nwamaka Anowi, Clerk