UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-5
(4:08-cr-00016-RBS-DEM-3)
(4:15-cv-00108-RBS)

_____

In re: ELIZABETH JANE PEIFFER

      Appellant

------------------------------

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID ANTHONY RUNYON

      Defendant

------------------------------

JAMES M. MCCAULEY, Esq.; PROFESSOR JAMES E. MOLITERNO

      Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered September 28, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal

Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*